COM.

v.

GLUSHKO, A.

2387 EDA 2016

Superior Court of Pennsylvania.

05/12/2017

CP–45–CR–0001053–2015 (Monroe)

Quashed

COM.

v.

LAROCCO, J.

2452 EDA 2016

Superior Court of Pennsylvania.

05/12/2017

CP–13–CR–0000743–2010 (Carbon)

Affirmed

COM.

v.

DUNST, D.

2908 EDA 2016

Superior Court of Pennsylvania.

05/12/2017

CP–39–CR–0002803–1995 (Lehigh)

Affirmed

COM.

v.

NAUSS, R.

2947 EDA 2016

Superior Court of Pennsylvania.

05/12/2017

CP–23–CR–0003770–1977 (Delaware)

Affirmed

IN the INTEREST OF: N.B., a Minor

2952 EDA 2016

Superior Court of Pennsylvania.

05/12/2017

CP–45–JV–0000171–2015, CP–45–JV–0000172–2015 (Monroe)

Affirmed